RALPH B. WATTLEY, Appellant-Respondent, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent-Appellant.— On plaintiff's appeal the judgment is unanimously affirmed, with costs to the defendant, and on defendant's appeal the judgment is unanimously reversed and judgment on the first cause of action entered in favor of the defendant, with costs. Plaintiff's partial recovery on the first cause of action is unwarranted. The payment which the lessee was required to make under the lease in excess of $90,000 per year was not established to have become a part of the net rent entitling plaintiff to an additional commission. Settle order on notice. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ. [See 284 App. Div. 876.]

ARTHUR STONE, Respondent, v. BIGLEY BROS., INC., Appellant.— Order unanimously modified so as to require plaintiff to furnish a further bill of particulars as to items 3 and 12 in the demand and, as so modified, affirmed, with $20 costs and disbursements to the appellant. Defendant is entitled to know under item 3 the acts which plaintiff will contend were negligent. The bill, as furnished, restates the generalizations of the complaint. If plaintiff will not claim on the trial that the injury was caused by a defective condition that should be stated in response to item 12; if a defective condition is claimed it should be particularized. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.